# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2014

### NO. 03-12-00739-CV

**Hillsboro Independent School District, Appellant**

**v.**

**Robert Scott, in his Official Capacity as**
**Commissioner of the Texas Education Agency, Appellee**

---

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the order signed by the trial court on October 25, 2012. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.